United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17649-amc
Dean H. Turner                                                          Chapter 13
Joan L. Turner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 3              Date Rcvd: Nov 15, 2018
                             Form ID: 138NEW           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db         +Dean H. Turner,   502 Hillside Drive,   Mountville, PA 17554-1049
jdb        +Joan L. Turner,   19 E. Gramby Street,   Manheim, PA 17545-1501
aty        +ANDREW SPIVAK,   Suite 1400,   1617 JFK Blvd.,   Philadelphia, PA 19103-1814
cr          CitiMortgage, Inc.,   CitiMortgage, Inc.,   PO BOX 6030,   Sioux Falls, SD  57117-6030
13395944   +Allied Interstate, LLC,   Healthcare Division,   PO Box 361596,   Columbus, OH 43236-1596
13395946   +Apex Asset Management,   PO Box 7044,   1891 Santa Barbara Ste 204,   Lancaster, PA 17601-4106
13395947   +Apex Asset Management,   PO Box 7044,   1891Santa Barbara Ste 204,   Lancaster, PA 17601-4106
13395948   +At&t,   PO Box 577104,   Atlanta, GA  30353
13395950    CitiFinancial,   605 Munn RDC/S Care Dept,   Fort Mill, SC  29715
13395951   +CitiMortgage Inc,   PO Box 6243,   Sioux Falls, SD 57117-6243
13453794    CitiMortgage, Inc,   P.O. Box 688971,   Des Moines, IA 50368-8971
13395954   +Commonwealth Finance,   245 Main St,   Scranton, PA 18519-1641
13395955   +Community Anesthesia Associates,   1575 Highlland Dr, Ste 204,   Lititz, PA 17543-7507
13395958    Creditech,   PO Box 99,   Bangor, PA  18013-0099
13684992   +Dale R. Lent, DO,   1500 Highlands Dr,   Lititz, PA 17543-7694
13395959   +David J. Silverstein Associates, MD,   2920 Marietta Ave,   Lancaster, PA 17601-2197
13395960   +Heart of Lancaster,   Regional Medical Center,   1500 Highlands Dr,   Lititz, PA 17543-7694
13395961   +Labcorp,   785 Starr St #110,,   Phoenixville, PA 19460-3674
13395963   +Lancaster Emergency Associates,   8 Oak Park Dr,   Bedford, MA 01730-1414
13447614   +Lancaster Gen Hospital,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
             Dallas, TX 75380-0849
13395964    Lancaster General Health,   CRNA Heart,   PO Box 3555,   Lancaster, PA  17604-3555
13395965   +Lancaster General Hospital,   PO Box 3555,   Lancaster, PA 17604-3555
13395967    Lancaster Radiology Associates,   PO Box 3216,   Lancaster, PA  17604-3216
13395966   +Lancaster Radiology Associates,   555 N Duke St,   Lancaster, PA 17602-2250
13395968    Lancaster Regiona Medical Center,   250 College Ave,   PO Box 3434,   Lancaster, PA  17604-3434
13395969   +Lancaster Regional Imaging,   250 College Avenue,   Lancaster, Pennsylvania 17603-3378
13395970    Lancaster Urology,   PO Box 3200,   Lancaster, PA  17604-3200
14210557   +MIDFIRST BANK,   C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
             Philadelphia, PA 19106-1541
14199271   +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6051
13395971   +Mountville Borough,   21 East Main Street,   Mountville, PA 17554-1650
13395975   +Neurology and Stroke Associates, PC,   640 E. Oregon Rd,   Lititz, PA 17543-9202
13395977    PAL DALE LENT DO,   233 COLLEGE AVE,   LANCASTER PA 17603-3372
13395980    Penn State,   Milton Hershey Medical Center,   PO Box 643291,   Pittsburg, PA 15264-3291
13395981   +Phelan Hallinan, LLP,   1617 JFK Boulevard, Ste 1400,   One Penn Center Plaza,
             Philadelphia, PA 19103-1823
13395982    Physicians All Lancaster Regional,   Central Billing Office,   PO Box 729,
             East Petersburg, PA  17520-0729
13395983   +Plouse Precision Manufacturing, Inc,   4510 Paxton St,   Harrisburg, PA 17111-2536
13395984   +Red Rose Emergency Physicians,   1500 Highlands Dr,   Lititz, PA 17543-7694
13395986    Roy D. Brod, M.D.,   2150 Harrisburg Pike, Ste 370,   Lancaster, PA  17601-2644
13395987    Sears/CBNA,   PO Box 6282,   Sioux Falls, SD  57117-6282
13395988    Solace Financial, LLC,   File #749210,   Los Angeles, CA  90074-9210
13395991   +The Heart Group of,   Lancaster General Health,   217 Harrisburg Ave #200,
             Lancaster, PA 17603-2994
13395992    The Urologic Surgical Center,   PO Box 3200,   Lancaster, PA  17604-3200
13395993   +U.S. Dept of Ed - Direct Loans,   PO Box 5609,   Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:22     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:30     Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13395943   +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 16 2018 03:23:45
             Alliance One Receivables Management, Inc,   4850 Street Road, Ste 300,
             Trevose, PA 19053-6643
13395945   +E-mail/Text: bkrpt@retrievalmasters.com Nov 16 2018 03:24:33
             American Medical Collection Agency,   4 Westchester Plaza, Ste 110,   Elmsford, NY 10523-1615
13395949   +E-mail/Text: g20956@att.com Nov 16 2018 03:25:34     At&t Mobility, LLC,
             1025 Lenox Park Blvd, NE,   Atlanta, GA 30319-5309
13395952    E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 16 2018 03:25:33
             Comcast Cable,   PO box 3006,   Southeastern, PA  19398-3006
13395953    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 03:24:03     Comenity Bank,
             Bankruptcy Dept,   PO box 182125,   Columbus, OH  43218-2125
13395956    E-mail/Text: csd1clientservices@cboflanc.com Nov 16 2018 03:25:32
             Credit Bureau of Lancaster County, Inc,   PO Box 1271,   Lancaster, PA  17608-1271
```

```
District/off: 0313-2          User: Stacey              Page 2 of 3                   Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13395957       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 03:25:48
                 Credit Collection Services,    Two Wells Ave,    Newton, MA 02459-3246
13442120       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 03:24:48
                 First Financial Investment Fund Holdings, Llc,    c o Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-7999
13395962       +E-mail/Text: csd1clientservices@cboflanc.com Nov 16 2018 03:25:32        Lancaster Collections,
                 218 W. Orange St,    Lancaster, PA 17603-3746
13395974        E-mail/Text: bankruptcydepartment@tsico.com Nov 16 2018 03:25:43        NCO FINACIAL SYSTEMS,
                 PO Box 15273,   Wilmington, DE 19850-5273
13395973       +E-mail/Text: Bankruptcies@nragroup.com Nov 16 2018 03:25:54        National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13395976        E-mail/PDF: cbp@onemainfinancial.com Nov 16 2018 03:31:25        One Main Financial,
                 300 Saint Paul Plaza BSP13A,    Baltimore, MD 21202
13395978        E-mail/Text: bkrnotice@prgmail.com Nov 16 2018 03:24:34        Paragon Revenue Group, Inc,
                 216 LE Phillip Ct,    Concord, NC 28025-2954
13395979       +E-mail/Text: dee@pendrickcp.com Nov 16 2018 03:24:58        Pendrick Capital Partners,
                 79 Warren St, Ste 2C,    Glens Falls, NY 12801-4551
13460090        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13394267        E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:31:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13395985       +E-mail/Text: bkrpt@retrievalmasters.com Nov 16 2018 03:24:33
                 Retrieval-Masters Creditors Bureau, Inc,    4 Westchester Plaza, Ste 110,
                 Elmsford, NY 10523-1615
13395989        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:46        SYNCB/JCPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
13395990        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:47        Synchrony Bank,
                 %Recovery Management Systems Corporation,    25 SE 2nd Ave., Ste 1120,    Miami, FL 33131-1605
13499866        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:46        Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14076070       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:46        Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc., et. al.
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*             CitiMortgage, Inc.,    CitiMortgage, Inc.,    PO BOX 6030,   Sioux Falls, SD 57117-6030
13460091*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13395972       ##MRI Group,    560 N Lime St,   Lancaster, PA 17602-2216
                                                                                       TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
              CYNTHIA E. REED    on behalf of Joint Debtor Joan L. Turner creed15030@gmail.com,
               bhuber.1500@gmail.com
              CYNTHIA E. REED    on behalf of Debtor Dean H. Turner creed15030@gmail.com,   bhuber.1500@gmail.com
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JEROME B. BLANK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
          MICHAEL FREDERICK DINGERDISSEN    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dean H. Turner and Joan L. Turner
      Debtor(s)

Bankruptcy No: 14−17649−amc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 11/15/18

69 − 68
Form 138_new